**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00553-CV

### VIZAO TTH PARTNERS II, L.P., ET AL., Appellants

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02891**

## ORDER

Before the Court is appellants' July 17, 2017 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 7, 2017**. We caution appellants that further requests for extension in this accelerated appeal will be disfavored.

/s/ CRAIG STODDART
JUSTICE